Karthik Nadesan (10217)
Michael Beck (10381)
Nadesan Beck P.C.
8 East Broadway, Suite 625
Salt Lake City, Utah 84111
Telephone:  (801) 363-1140
Email: karthik@nadesanbeck.com
*Attorneys for Plaintiff Joseph Guild-Wolff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JOSEPH GUILD-WOLFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS SCHOOL DISTRICT, et al.<br><br>Defendants. | **ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 1:15-cv-00162-RJS-DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.4 and Karthik Nadesan, Michael Beck, and the law firm of Nadesan Beck P.C.'s (collectively, "Counsel") Motion for Withdrawal of Counsel, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for Plaintiff Joseph Guild-Wolff ("Client").

With regard to Client's continued representation, the Court ORDERS as follows:

Client or new counsel for Client must file a Notice of Appearance within twenty-one (21) days after the entry of this order, unless otherwise ordered by the Court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Appearance as set forth above may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders as follows:

The Court had previously instructed the parties to filed a stipulated proposed amended scheduling order.  The parties shall file the stipulated amended scheduling order as soon as possible after Client or new Counsel for client enter their appearance in the case.

### NOTICE TO PARTY

The Court will cause this Order to be sent to Client at the email address set forth in the Motion for Withdrawal of Counsel and to all other parties.

DATED this 9th day of August 2017.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge