```
07/01/14                    KAYSVILLE CITY POLICE DEPARTMENT              4016
13:55                            Incident Report                Page:     14

SEX OFFENSE SUPPLEMENT                               OFFICER BARLOW
INCIDENT #K13-07014                                  DATE: 11/19/13
```

ON 11-19-13 I OBTAINED A WRITTEN STATEMENT FROM RICHARD SWANSON WHO IS THE
PRINCIPAL AT SUNSET JUNIOR HIGH SCHOOL. SGT. BARRY ASKED ME TO RESPOND TO THIS
SCHOOL WHERE BRIANNE ALTICE WAS FORMERLY EMPLOYED, AND INQUIRE ABOUT ANY
CONCERNING ACTIVITIES SHE WAS ENGAGED IN WHILE WORKING THERE. AS I MET WITH MR.
SWANSON, HE REPORTED THAT BRIANNE HAD NOT EVER BEEN SUSPECTED OF INAPPROPRIATE
CONTACT WITH STUDENTS. HOWEVER, MR. SWANSON REPORTED THAT IT WAS A KNOWN FACT
THAT BRIANNE HAD RELATIONSHIPS WITH PEOPLE OTHER THAN HER SPOUSE. MR. SWANSON
REPORTED THAT SHE HAD TO SEEK OUT OFFICER GARCIA WITH THE SUNSET POLICE
DEPARTMENT TO HELP PREVENT THESE INDIVIDUALS FROM STOPPING BY THE SCHOOL TO MEET
WITH HER. THE PREVIOUS PRINCIPAL PRIOR TO MR. SWANSON HAD TO SPECIFICALLY ADVISE
HER THAT HER ADULT MALE ASSOCIATES WERE NOT ALLOWED WITHIN THE SCHOOL DURING HER
PREP PERIOD.

MR. SWANSON STATED THAT WHEN QUESTIONABLE BEHAVIOR WAS BROUGHT TO HER ATTENTION,
BRIANNE WOULD TYPICALLY DENY OR RESPOND VERY EMOTIONALLY TO ALLEGATIONS OF
MISCONDUCT. MR. SWANSON ALSO NOTED THAT BRIANNE ASSOCIATED HEAVILY WITH THE
AT-RISK POPULATION AT SUNSET JUNIOR HIGH. MR. SWANSON ALSO STATED THAT POLICIES
HAD TO BE IMPLEMENTED TO CONTROL ACCESS BETWEEN AT-RISK STUDENTS AND TEACHERS.
SPECIFICALLY THE NUMBER OF TEACHER ASSISTANTS A TEACHER COULD HAVE, AND MINIMUM
PERFORMANCE STANDARDS FOR STUDENTS WANTING TO BE TEACHER ASSISTANTS.

MR. SWANSON ALSO OVERHEARD A PHONE CONVERSATION THAT BRIANNE WAS ENGAGED IN. THE
NATURE OF THE PHONE CONVERSATION ALLUDED TO HAVING RELATIONSHIPS WITH OTHER
PEOPLE OUTSIDE OF THE MARRIAGE. MR. SWANSON COULD NOT POSITIVELY IDENTIFY IF SHE
WAS SPEAKING TO HER HUSBAND, BUT FROM PRIOR KNOWLEDGE OF HER LIFESTYLE, DREW
THAT CONCLUSION. MR. SWANSON'S WRITTEN STATEMENT IS ATTACHED TO THIS REPORT, NO
OTHER ACTION TAKEN.

END OF REPORT.