**From:** Shawna Warrick <blmguys@aol.com>
**To:** KEVANS <KEVANS@dsdmail.net>
**Subject:** Re: teacher concern
**Date:** Thu, Aug 22, 2013 4:39 pm

Dear Kathy, I just wanted to make sure you received the envelope from me. My grand daughter brought it in about 1:30 or 2:00 p.m. Please let me know if you received it.

Thank you, S Warrick

-----Original Message-----
From: Kathy Evans <KEVANS@dsdmail.net>
To: 'Shawna Warrick' <blmguys@aol.com>
Sent: Mon, Aug 19, 2013 10:15 am
Subject: RE: teacher concern

Shawna,
Please feel free to call me on my cell this afternoon. I will be in meetings until about 1:30 – (801)682-0154 If that does not work for you – you can call my office (801)402 -8803 and leave a message and number and I will call you back.

Thank you,
Kathy

**From:** Shawna Warrick [mailto:blmguys@aol.com]
**Sent:** Monday, August 19, 2013 9:28 AM
**To:** Kathy Evans
**Subject:** teacher concern

Dear M. Evans,

I talked to you last week about a teacher at your school, and some concerns. I could not get hold of you, for there was not a phone number. If you want to leave a phone #, I will give you a call.

Sincerely, Shawna W

https://mail.aol.com/38771-416/aol-6/en-us/mail/PrintMessage.aspx   10/2/2014

*S Warrick*
*10/13/14*

**From:** Shawna Warrick <blmguys@aol.com>
**To:** Kevans <Kevans@dsdmail.net>
**Subject:** teacher concern
**Date:** Mon, Aug 19, 2013 9:28 am

Dear M. Evans,

I talked to you last week about a teacher at your school, and some concerns. I could not get hold of you, for there was not a phone number. If you want to leave a phone #, I will give you a call.

Sincerely, Shawna W

SW
10/13/14