Brianne Land Altice
Pro Se

In the United States District Court in And for the District of Utah, Central Division

Joseph Giuild-Wolf
    Plaintiff,
v.
Davis School District et.al.,
    Defendants.

And

Adrian Perez-Tamayo et.al,.
    Plaintiffs
v.
Davis School District et.al.,
    Defendants

Motion for Dismissal

Case No. 1:15-cv-0162
Case No. 1:15-cv-0157 (consolidated)

Judge Robert J. Shelby.



RECEIVED CLERK
FEB 19 2019
U.S. DISTRICT COURT

    Plaintiffs did not practice due diligence in ensuring defendant Altice was properly served all and any motions filed by Plaintiffs, especially response to filed dispositive motion. Plaintiffs are exploiting Ms. Altice's disadvantages of a marginalized person.
    Plaintiffs attorney did not respond within five days of January 10, 2019 order, to prove service to Ms. Altice of all documents. Defendant Altice received on February 13 2019, a random, and lone certificate of service (included) through main stream mail, again not giving service. This certificate of service claimed a packet of documents

was sent "on or about" December 21, 2019. Ms. Attia never received said packet. If Plantiffs sent this packet in the same form as February's "Certificate of Service", through mainstream mail, not legal mail, there is NO guaranty of delivery. There is a process put into place, so that certification of service is properly given to inmates, and verification is given to sender. Plantiffs did not look into this process. Legal service is available and a very simple accurate system. Legal mail is secure where other is not.

    Plantiffs failure to properly service Ms. Attia has put her in a near impossible situation to have any chance to defend herself. Plantiff claims that there is no way to communicate with Ms. Attia, which is entirely untrue. Again, Plantiffs Council did not do their due diligence. The ways in which Plantiffs council could communicate with Ms. Attia are: call the prison, they will direct them to the proper case worker, from there calls + meetings can be arranged, emailing caseworker who's email address is simple to obtain, legal mail service, or setting up a visit through the prison. All these methods are available and none were attempted.

    Defendant Attia has repeatedly sent letters to Plantiffs Council, and has only been met with silence. It wasn't until the court sent him an order that he then sent ONLY a certificate of service, no other documents to Ms. Attia. Ms. Attia is asking for dismissal of this case.

Inmate Name: Brianne Altice
Offender Number: 222952
Inmate Housing: TI 301 B
Utah State Prison
P.O. Box 250
Draper, Utah 84020

SALT LAKE CITY
UT 840
15 FEB '19
PM 3 L

$000.50
02 1P
0000889359   JAN 30 2019
MAILED FROM ZIP CODE 84020

Legal Mail

United States District Court
District of Utah
Office of the Clerk
United States Courthouse
351 South West Temple
Salt Lake City, Ut 84101

84101-190899