KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Email: kkaiser@agutah.gov
*Attorneys for District Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JOSEPH GUILDWOLFF,<br><br>      Plaintiff,<br><br>v.<br><br>DAVIS COUNTY SCHOOL DISTRICT, BOARD OF EDUCATION OF THE DAVIS SCHOOL DISTRICT, BRIANNE LAND ALTICE, BRYAN BOWLES, DEE BURTON, RICHARD FIRMAGE, KATHY EVANS, SCOTT NIELSEN, and DOES 1-10.<br><br>      Defendants.<br>And<br><br>ADRIAN PEREZ-TAMAYO, GINA MUSCOLINO, and JOSE PEREZ-TAMAYO,<br><br>      Plaintiffs,<br><br>v.<br><br>DAVIS COUNTY SCHOOL DISTRICT, DAVIS HIGH SCHOOL, BRIANNE LAND ALTICE, BRYAN BOWLES, CRAIG POLL, PAMELA PARK, CRAIG CARTER, DEE BURTON, RICHARD FIRMAGE, RYAN BISHOP, CATHY EVANS, DAVE [SCOTT] NIELSON, and DOES 1-10.<br><br>      Defendants. | **NOTICE OF PAROLE DATE FOR DEFENDANT BRIANNE ALTICE**<br><br>Case No. 1:15-cv-0162<br>Case No. 1:15-cv-0157 (consolidated)<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Counsel for the District Defendants provides this Court with notice that Defendant Altice has been granted a parole date of September 10, 2019.

During a hearing held in this matter on March 1, 2019, Counsel for the District Defendants indicated that Ms. Altice was awaiting a hearing before the Utah Board of Pardons and Parole. The Court asked that Counsel update the Court if Ms. Altice's status changed. Counsel for District Defendants has been made aware that Ms. Altice went before the Board on April 16, 2019 and, as a result of that hearing, has been granted parole. Her parole date has been set for September 10, 2019.

DATED:   May 3, 2019

                                  OFFICE OF THE
                                  UTAH ATTORNEY GENERAL

                                  /s/ *Kyle J. Kaiser*
                                  KYLE J. KAISER
                                  Assistant Utah Attorney General
                                  *Counsel for District Defendants*

**CERTIFICATE OF MAILING**

I certify that on May 3, 2019, I electronically filed the foregoing, **NOTICE OF PAROLE DATE FOR DEFENDANT BRIANNE ALTICE**, using the Court's electronic filing system. I also certify that a true and correct copy of the foregoing was placed in outgoing, United States mail, postage prepaid, marked "Legal Mail," to the following:

Brianne Land Altice, No. 222952
Utah State Prison
PO Box 250
Draper, UT 84020-0250
*Pro Se*

/s/ *Lily Egginton*